IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DERIC HUNTER-RILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-100-TFM-N |
| | ) |
| **PROFESSIONAL COLLISION and** | ) |
| **DONNIE ELMORE,** | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM OPINION AND ORDER

On February 5, 2021, the Magistrate Judge entered a report and recommendation which recommends the motions to dismiss be granted pursuant to Fed. R. Civ. P. 12(b)(4)-(5), the motions to strike be denied as moot, and the complaint be dismissed without prejudice. *See* Doc. 30. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Accordingly, it is **ORDERED** as follows:

(1) Professional Collision Services, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(4)-(5) (Doc. 15) is **GRANTED**.

(2) Donnie Elmore's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5)-(6) is **GRANTED in part** and **DENIED in part as moot**. The motion is granted as to Rule 12(b)(5) insufficient service of process and denied as moot as to dismissal under Rule 12(b)(6).

(3) The motions to strike (Docs. 24, 25, 27, 28) are **DENIED as moot**.

(4) This action is **DISMISSED without prejudice**. Final judgment pursuant to Fed. R. Civ. P. 58 will issue separately.

**DONE** and **ORDERED** this 1st day of March, 2021.

                                      /s/Terry F. Moorer
                                      TERRY F. MOORER
                                      UNITED STATES DISTRICT JUDGE