**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DERIC HUNTER-RILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:20-cv-100-TFM-N** |
| | ) | |
| **PROFESSIONAL COLLISION and** | ) | |
| **DONNIE ELMORE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is

**ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal. Rules of Civil Procedure.

**DONE** and **ORDERED** this 1st day of March, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE